King GRANT–DAVIS, Plaintiff–Appellant,

v.

SUPREME COURT OF SOUTH CAROLINA; South Carolina Court of Appeals; South Carolina, State of, Defendants–Appellees.

No. 16–1143.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 22, 2016.

King Grant–Davis, Appellant Pro Se.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

King Grant–Davis appeals the district court's order accepting in part the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Grant–Davis v. Sup. Ct. of S.C.*, No. 2:15–cv–04019–PMD, 2016 WL 165007 (D.S.C. Jan. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*